# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAYLOR BARTLETT,**

      **Plaintiff,**

**v.**                                          **Case No: 6:15-cv-1530-Orl-28DAB**

**GRAND BAHAMA CRUISE LINE, LLC,**

      **Defendant.**

## ORDER

In light of Plaintiff's Notice of Voluntary Dismissal (Doc. 11), the Clerk is directed to close this case. All pending motions are moot.

**DONE** and **ORDERED** in Orlando, Florida, on November 30, 2015.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record